Sheehan & Associates, P.C.
Spencer Sheehan
spencer@spencersheehan.com
(516) 303-0552

United States District Court
Eastern District of New York                    1:19-cv-01634-DLI-SJB

| Gil Rosenberg individually and on behalf of all others similarly situated | |
|---|---|
| Plaintiff | |
| - against - | Notice of Voluntary Dismissal with Prejudice |
| Bareburger Group LLC | |
| Defendant | |

    Plaintiff gives notice this action is voluntarily dismissed with prejudice. Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated:   May 28, 2019

    Respectfully submitted,

    Sheehan & Associates, P.C.
    /s/Spencer Sheehan
    Spencer Sheehan (SS-8533)
    505 Northern Blvd., Suite 311
    Great Neck, NY 11021
    (516) 303-0552
    spencer@spencersheehan.com

1:19-cv-01634-DLI-SJB
United States District Court
Eastern District of New York

Gil Rosenberg individually and on behalf of all others similarly situated

Plaintiff

- against -

Bareburger Group LLC

Defendant

## Notice of Voluntary Dismissal with Prejudice

Sheehan & Associates, P.C.
505 Northern Blvd., #311
Great Neck, NY 11021
Tel: (516) 303-0052
Fax: (516) 234-7800

Pursuant to 22 NYCRR 130-1.1, the undersigned, an attorney admitted to practice in the courts of New York State, certifies that, upon information, and belief, formed after an inquiry reasonable under the circumstances, the contentions contained in the annexed documents are not frivolous.

Dated: May 28, 2019

/s/ Spencer Sheehan<br>Spencer Sheehan